IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYUNG HWA RYOO,<br><br>            Plaintiff,<br><br>     vs.<br><br>M. NORTHCUTT, et al.,<br><br>            Defendants.<br>_____/ | 1:11-cv-01984-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 1, 2011. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     December 5, 2011                      /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE